```
 1  RICHARD C. FIELD (37904)
    WILLIAM H. FREEDMAN (104438)
 2  PAMELA W. COPPLE (128131)
    DEBORAH A. NOLAN (169070)
 3  McCUTCHEN, DOYLE, BROWN & ENERSEN, LLP
    355 South Grand Avenue, Suite 4400
 4  Los Angeles, California  90071-1560
    Telephone:  (213) 680-6400
 5  Facsimile:  (213) 680-6499

 6  Attorneys for Plaintiffs,
    J.F. Lehman & Company, Inc.,
 7  J.F. Lehman Equity Investors I, L.P.,
    J.F. Lehman Co-Invest Partners I, L.P. and
 8  Paribas Principal Incorporated
```



FILED
FEB 17 2000

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.F. LEHMAN & COMPANY, INC., a Delaware corporation; J.F. LEHMAN EQUITY INVESTORS I, L.P., a Delaware limited partnership; J.F. LEHMAN CO-INVEST PARTNERS I, L.P., a Delaware limited partnership; and PARIBAS PRINCIPAL INCORPORATED, a New York corporation,<br><br>  Plaintiffs,<br><br>  v.<br><br>THOMAS F. TREINEN, an individual; THOMAS J. TREINEN, an individual; JOHN M. CUTHBERT, an individual; JOHN T. VINKE, an individual; and DOE 1 through DOE 10, inclusive,<br><br>  Defendants. | No. CV-99-13046 WJR(JWJx)<br><br>STIPULATION FOR FILING OF SECOND AMENDED COMPLAINT;<br><br>AND<br><br>[PROPOSED] ORDER |



ENTERED ON JCMS
FEB 22 2000
CV

13

1       WHEREAS, the Parties hereto have met and conferred
2 pursuant to Local Rule 7.4.1, and have reached agreement that
3 amended pleading may resolve disputed issues:
4       IT IS HEREBY STIPULATED by and among Plaintiffs,
5 J.F. Lehman & Company, Inc., J.F. Lehman Equity Investors I,
6 L.P., J.F. Lehman Co-Invest Partners I, L.P., and Paribas
7 Principal Incorporated (collectively, "Plaintiffs"), and
8 Defendants Thomas F. Treinen, Thomas J. Treinen, John M. Cuthbert
9 and John T. Vinke (collectively, "Defendants"), through their
10 respective attorneys of record, that Plaintiffs may file a Second
11 Amended Complaint on or before March 6, 2000.
12       IT IS FURTHER STIPULATED THAT Defendants shall have
13 twenty days from the date of service of Plaintiffs' Second
14 Amended Complaint to file and serve their respective responses to
15 the Second Amended Complaint.
16 Dated: February 14, 2000
17       McCUTCHEN, DOYLE, BROWN & ENERSEN, LLP
18
19
20       By: /s/ Richard C. Field
           RICHARD C. FIELD
21       Attorneys for Plaintiffs
      J.F. Lehman & Company, Inc.,
22       J.F. Lehman Equity Investors I,
      L.P., J.F. Lehman Co-Invest
23       Partners I, L.P. and Paribas
      Principal Incorporated
24
25
26
27
28

40143730.1

```
 1  Dated:    February 14, 2000
 2                                          TROOP STEUBER PASICH REDDICK & TOBEY, LLP
 3
 4                                          By: /s/ Ronald D. Reynolds
 5                                              RONALD D. REYNOLDS
                                                Attorneys for Defendant
 6                                              Thomas F. Treinen
 7
 8  Dated:    February __, 2000
                                            BIRD, MARELLA, BOXER & WOLPERT
 9
10
11                                          By:_____
                                                MARK T. DROOKS
12                                              Attorneys for Defendant
                                                Thomas J. Treinen
13
14  Dated:    February __, 2000
15                                          MORRISON & FOERSTER
16
17
                                            By:_____
18                                              BENJAMIN FOX
                                                Attorneys for Defendant
19                                              John M. Cuthbert
20
21  Dated:    February __, 2000
22                                          McDERMOTT, WILL & EMERY
23
24
                                            By:_____
25                                              STEVEN M. GOLDSOBEL
                                                Attorneys for Defendant
26                                              John T. Vinke
27
28
```

3

40143730.1

```
1  Dated:    February __, 2000
2                                          TROOP STEUBER PASICH REDDICK & TOBEY, LL
3
4
                                           By: _____
5                                               RONALD D. REYNOLDS
                                                Attorneys for Defendant
6                                               Thomas F. Treinen
7
8  Dated:    February 14, 2000
9                                          BIRD, MARELLA, BOXER & WOLPERT
10
11                                         By: _____
12                                              MARK T. DROOKS
                                                Attorneys for Defendant
13                                              Thomas J. Treinen
14
   Dated:    February __, 2000
15
                                           MORRISON & FOERSTER
16
17
18                                         By: _____
                                                BENJAMIN FOX
19                                              Attorneys for Defendant
                                                John M. Cuthbert
20
21 Dated:    February __, 2000
22                                         McDERMOTT, WILL & EMERY
23
24
                                           By: _____
25                                              STEVEN M. GOLDSOBEL
                                                Attorneys for Defendant
26                                              John T. Vinke
27
28
```

40143730.1

3

```
1   Dated:    February __, 2000

2                                    TROOP STEUBER PASICH REDDICK & TOBEY, LL

3

4
                                     By: _____
5                                         RONALD D. REYNOLDS
                                          Attorneys for Defendant
6                                          Thomas F. Treinen

7

8   Dated:    February __, 2000

9                                    BIRD, MARELLA, BOXER & WOLPERT

10

11
                                     By: _____
12                                        MARK T. DROOKS
                                         Attorneys for Defendant
13                                        Thomas J. Treinen

14
    Dated:    February __, 2000
15

16                                   MORRISON & FOERSTER

17

18                                   By: _____
                                          BENJAMIN FOX
19                                       Attorneys for Defendant
20                                        John M. Cuthbert

21  Dated:    February __, 2000

22                                   McDERMOTT, WILL & EMERY

23

24
                                     By: _____
25                                        STEVEN M. GOLDSOBEL
                                         Attorneys for Defendant
26                                        John T. Vinke

27

28
```

```
 1  Dated:    February __, 2000
 2                                     TROOP STEUBER PASICH REDDICK & TOBEY, LL
 3
 4
                                       By:_____
 5                                           RONALD D. REYNOLDS
 6                                         Attorneys for Defendant
                                                Thomas F. Treinen
 7
 8  Dated:    February __, 2000
 9                                     BIRD, MARELLA, BOXER & WOLPERT
10
11
                                       By:_____
12                                           MARK T. DROOKS
13                                         Attorneys for Defendant
                                                Thomas J. Treinen
14
15  Dated:    February __, 2000
16                                     MORRISON & FOERSTER
17
18
                                       By:_____
19                                           BENJAMIN FOX
                                           Attorneys for Defendant
20                                              John M. Cuthbert
21  Dated:    February 14, 2000
22
23                                     McDERMOTT, WILL & EMERY
24
25                                     By: [signature]
                                             STEVEN M. GOLDSOBEL
26                                         Attorneys for Defendant
27                                              John T. Vinke
28
```

1       Pursuant to stipulation of the parties and for good
2 cause shown,
3       IT IS SO ORDERED.
4 Dated: Feb 17, 2000

                                      _____
                                  UNITED STATES DISTRICT COURT JUDGE

## PROOF OF SERVICE

I am over 18 years of age, not a party to this action and employed in Los Angeles, California at 355 South Grand Avenue, Suite 4400, Los Angeles, California 90071-1560 in the office of an attorney licensed to practice before this court and under whose direction this service was made. I am readily familiar with the practice of this office for collection and processing of correspondence for mailing with the United States Postal Service and correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

Today I served the attached: **STIPULATION FOR FILING OF SECOND AMENDED COMPLAINT; AND [PROPOSED] ORDER** by causing a true and correct copy of the above to be placed in the United States Mail at Los Angeles, California in sealed envelope(s) with postage prepaid, addressed as follows:

SEE ATTACHED SERVICE LIST

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 15, 2000.

_____
Patricia Strader

40143730.1

| | |
|---|---|
| | SERVICE LIST |
| | *J.F. Lehman & Company, Inc. v. Thomas F. Treinen, et al.*<br>Case No. CV-99-13046 WJR(JWJx) |

| | |
|---|---|
| Ronald D. Reynolds, Esq.<br>Troop Steuber Pasich Reddick &<br>Tobey, LLP<br>2029 Century Park East<br>24th Floor<br>Los Angeles, CA 90067<br>Tel: (310) 728-3216<br>Fax: (310) 728-2216 | Attorneys for Defendant<br>Thomas F. Treinen |
| Mark T. Drooks, Esq.<br>Bird, Marella, Boxer & Wolpert<br>1875 Century Park East<br>23rd Floor<br>Los Angeles, CA 90067<br>Tel: (310) 201-2100<br>Fax: (310) 201-2110 | Attorneys for Defendant<br>Thomas J. Treinen |
| Benjamin Fox, Esq.<br>Anthony L. Press, Esq.<br>Morrison & Foerster<br>555 West Fifth Street<br>Suite 3500<br>Los Angeles, CA 90013<br>Tel: (213) 892-5200<br>Fax: (213) 892-5454 | Attorneys for Defendant<br>John M. Cuthbert |
| Steven M. Goldsobel, Esq.<br>Gordon A. Greenberg, Esq.<br>McDermott, Will & Emery<br>2049 Century Park East<br>34th Floor<br>Los Angeles, CA 90067-3208<br>Tel: (310) 277-4110<br>Fax: (310) 277-4730 | Attorneys for Defendant<br>John T. Vinke |