RICHARD C. FIELD (37904)
ELIZABETH T. VAN HORN (212592)
McCUTCHEN, DOYLE, BROWN & ENERSEN, LLP
355 South Grand Avenue, Suite 4400
Los Angeles, California 90071-1560
Telephone: (213) 680-6400
Facsimile: (213) 680-6499

Attorneys for Plaintiffs/Counterdefendants
and for Third-Party Defendants
John F. Lehman, George Sawyer,
Joseph Stroud and William Paul

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.F. LEHMAN & COMPANY, INC., a Delaware corporation, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>THOMAS F. TREINEN, an individual, et al.,<br><br>    Defendants.<br><br>AND RELATED CROSS-ACTIONS. | No. CV-99-13046 WJR (JWJx)<br><br>STIPULATION FOR DISMISSAL (Fed. R. Civ. P. 41(a)(1))<br><br>AND<br><br>[PROPOSED] ORDER |

ENTER ON ICMS
OCT 29 2001

WHEREAS the parties have reached an agreement settling all claims, including counterclaims and third-party claims, in the above-captioned Civil Action;

IT IS HEREBY STIPULATED by and among all parties to this Civil Action, through their respective counsel of record, that this Civil Action be dismissed, with prejudice and in its entirety.

40186353.1/22410-0001



```
 1   DATED: August 2, 2001.
 2                                       McCUTCHEN, DOYLE, BROWN & ENERSEN,
                                         LLP
 3
                                         By: /s/ Richard C. Field
 4                                           RICHARD C. FIELD
                                             Attorneys for
 5                                       Plaintiffs/Counterdefendants and
                                         for Third-Party Defendants John
 6                                       F. Lehman, George Sawyer, Joseph
 7                                            Stroud and William Paul

 8   DATED: August 31, 2001.
                                         THELEN REID & PRIEST LLP
 9
10                                       By: /s/ George B. Newhouse, Jr.
                                             GEORGE B. NEWHOUSE, JR.
11                                           Attorneys for Third-Party
                                             Defendant Special Devices,
12                                              Incorporated
13
     DATED: August __, 2001.
14                                       KAYE SCHOLER LLP
15
                                         By: _____
16                                            RONALD D. REYNOLDS
                                              Attorneys for Defendant and
17                                            Counterclaimant Thomas F.
                                                     Treinen
18
19   DATED: August __, 2001.
                                         BIRD, MARELLA, BOXER & WOLPERT
20
21                                       By: _____
                                              MARC E. MASTERS
22                                            Attorneys for Defendant
                                                 Thomas J. Treinen
23
     DATED: August __, 2001.
24                                       MORRISON & FOERSTER
25
                                         By: _____
26                                            ANTHONY L. PRESS
                                              Attorneys for Defendant and
27                                       Counterclaimant John M. Cuthbert
28
```

40186353.1/22410-0001

2 - A

| | | |
|---|---|---|
| 1 | DATED: August __, 2001. | McCUTCHEN, DOYLE, BROWN & ENERSEN, LLP |
| 2 | | |
| 3 | | |
| 4 | | By: _____ |
| 5 | | RICHARD C. FIELD |
| 6 | | Attorneys for Plaintiffs/Counterdefendants and for Third-Party Defendants John F. Lehman, George Sawyer, Joseph Stroud and William Paul |
| 7 | | |
| 8 | DATED: August __, 2001. | THELEN REID & PRIEST LLP |
| 9 | | |
| 10 | | By: _____ |
| 11 | | GEORGE B. NEWHOUSE, JR. |
| 12 | | Attorneys for Third-Party Defendant Special Devices, Incorporated |
| 13 | | |
| 14 | DATED: ~~August~~ October 23 2001. | KAYE SCHOLER LLP |
| 15 | | |
| 16 | | By: /s/ Ronald D. Reynolds |
| 17 | | RONALD D. REYNOLDS |
| 18 | | Attorneys for Defendant and Counterclaimant Thomas F. Treinen |
| 19 | DATED: August __, 2001. | BIRD, MARELLA, BOXER & WOLPERT |
| 20 | | |
| 21 | | By: _____ |
| 22 | | MARC E. MASTERS |
| 23 | | Attorneys for Defendant Thomas J. Treinen |
| 24 | DATED: August __, 2001. | MORRISON & FOERSTER |
| 25 | | |
| 26 | | By: _____ |
| 27 | | ANTHONY L. PRESS |
| 28 | | Attorneys for Defendant and Counterclaimant John M. Cuthbert |

40186353.1/22410-0001

2 -B

| | | |
|---|---|---|
| 1 | DATED: August __, 2001. | McCUTCHEN, DOYLE, BROWN & ENERSEN, LLP |
| 2 | | |
| 3 | | |
| 4 | | By:_____ |
| 5 | | RICHARD C. FIELD<br>Attorneys for |
| 6 | | Plaintiffs/Counterdefendants and<br>for Third-Party Defendants John |
| 7 | | F. Lehman, George Sawyer, Joseph<br>Stroud and William Paul |
| 8 | DATED: August __, 2001. | |
| 9 | | THELEN REID & PRIEST LLP |
| 10 | | |
| 11 | | By:_____<br>GEORGE B. NEWHOUSE, JR. |
| 12 | | Attorneys for Third-Party<br>Defendant Special Devices, |
| 13 | | Incorporated |
| 14 | DATED: August __, 2001. | KAYE SCHOLER LLP |
| 15 | | |
| 16 | | By:_____ |
| 17 | | RONALD D. REYNOLDS<br>Attorneys for Defendant and |
| 18 | | Counterclaimant Thomas F.<br>Treinen |
| 19 | DATED: ~~August~~ October 15, 2001. | |
| 20 | | BIRD, MARELLA, BOXER & WOLPERT |
| 21 | | By: /s/ Marc E. Masters |
| 22 | | MARC E. MASTERS |
| 23 | | Attorneys for Defendant<br>Thomas J. Treinen |
| 24 | DATED: August __, 2001. | MORRISON & FOERSTER |
| 25 | | |
| 26 | | By:_____ |
| 27 | | ANTHONY L. PRESS<br>Attorneys for Defendant and |
| 28 | | Counterclaimant John M. Cuthbert |

40186353.1/22410-0001

2 - C

| | | |
|---|---|---|
| 1 | DATED: August __, 2001. | McCUTCHEN, DOYLE, BROWN & ENERSEN, LLP |
| 2 | | |
| 3 | | |
| 4 | | By: _____ |
| 5 | | RICHARD C. FIELD<br>Attorneys for Plaintiffs/Counterdefendants and for Third-Party Defendants John F. Lehman, George Sawyer, Joseph Stroud and William Paul |
| 8 | DATED: August __, 2001. | |
| 9 | | THELEN REID & PRIEST LLP |
| 10 | | By: _____ |
| 11 | | GEORGE B. NEWHOUSE, JR.<br>Attorneys for Third-Party Defendant Special Devices, Incorporated |
| 14 | DATED: August __, 2001. | KAYE SCHOLER LLP |
| 16 | | By: _____ |
| 17 | | RONALD D. REYNOLDS<br>Attorneys for Defendant and Counterclaimant Thomas F. Treinen |
| 19 | DATED: August __, 2001. | BIRD, MARELLA, BOXER & WOLPERT |
| 21 | | By: _____ |
| 22 | | MARC E. MASTERS<br>Attorneys for Defendant Thomas J. Treinen |
| 24 | DATED: August 22, 2001. | MORRISON & FOERSTER |
| 26 | | By: _/s/ Anthony L. Press_____ |
| 27 | | ANTHONY L. PRESS<br>Attorneys for Defendant and Counterclaimant John M. Cuthbert |

40188353.1/22410-0001

2 - D

1  DATED: August 27, 2001.       RUSSO & LOWRY LLP

                                 By: _____/s/ Anthony Russo_____
                                          ANTHONY RUSSO
                                     Attorneys for Defendant
                                          John T. Vinke

### [PROPOSED] ORDER

Pursuant to the stipulation of the parties, the above-captioned Civil Action, including all counterclaims and third-party claims, is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: Oct 26, 2001

_____/s/ William J. Rea_____
William J. Rea
United States District Judge

401**253.1/22410-0001

3

## PROOF OF SERVICE

1  
2   I am over 18 years of age, not a party to this action
3  and employed in Los Angeles, California at 355 South Grand
4  Avenue, Suite 4400, Los Angeles, California 90071-1560 in the
5  office of an attorney licensed to practice before this court and
6  under whose direction this service was made. I am readily
7  familiar with the practice of this office for collection and
8  processing of correspondence for mailing with the United States
9  Postal Service and correspondence is deposited with the United
10 States Postal Service that same day in the ordinary course of
11 business.
12   Today I served the attached STIPULATION FOR DISMISSAL
13 AND [PROPOSED] ORDER by causing a true and correct copy of the
14 above to be placed in the United States Mail at Los Angeles,
15 California in sealed envelope(s) with postage prepaid, addressed
16 as follows:
17   SEE ATTACHED SERVICE LIST
18
19   I declare under penalty of perjury that the foregoing
   is true and correct and that this declaration was executed on
20
   October 24, 2001.
21
22
                                            _____
23                                          Patricia Strader
24
25
26
27
28

40186353.1/22410-0001

4

|   |   |   |
|---|---|---|
| 1 | | SERVICE LIST |
| 2 | | *J.F. Lehman & Company, Inc. v. Thomas F. Treinen, et al.*<br>Case No. CV-99-13046 WJR(JWJx) |
| 3 | | |
| 4 | Ronald D. Reynolds, Esq.<br>Kaye Scholer LLP | Attorneys for Defendant<br>and Counterclaimant |
| 5 | 1999 Avenue of the Stars, Suite 1600<br>Los Angeles, CA 90067 | Thomas F. Treinen |
| 6 | Tel: (310) 788-1240<br>Fax: (310) 229-1840 | |
| 7 | | |
| | Mark T. Drooks, Esq. | Attorneys for Defendant |
| 8 | Marc E. Masters, Esq.<br>Bird, Marella, Boxer & Wolpert | Thomas J. Treinen |
| 9 | 1875 Century Park East, 23rd Floor<br>Los Angeles, CA 90067 | |
| 10 | Tel: (310) 201-2100<br>Fax: (310) 201-2110 | |
| 11 | | |
| | Anthony L. Press, Esq. | Attorneys for Defendant |
| 12 | Morrison & Foerster, LLP<br>555 West Fifth Street, Suite 3500 | and Counterclaimant<br>John M. Cuthbert |
| 13 | Los Angeles, CA 90013<br>Tel: (213) 892-5200 | |
| 14 | Fax: (213) 892-5454 | |
| 15 | Anthony Russo, Esq. | Attorneys for Defendant |
| | Stephen M. Lowry, Esq. | John T. Vinke |
| 16 | Magara Lee Crosby, Esq.<br>Russo & Lowry LLP | |
| 17 | 624 South Grand Avenue, 27th Floor<br>Los Angeles, CA 90017 | |
| 18 | Tel: (213) 624-7070<br>Fax: (213) 624-7060 | |
| 19 | | |
| | George B. Newhouse, Esq. | Attorneys for Third- |
| 20 | Thelen Reid & Priest LLP<br>333 South Grand Avenue, 34th Floor | Party Defendant Special<br>Devices, Incorporated |
| 21 | Los Angeles, CA 90071<br>Tel: (213) 576-8043 | |
| 22 | Fax: (213) 623-4742 | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

40186353.1/22410-0001